

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-84,143-01

### EX PARTE TRAVIS BOOE, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 07-CR-4383-H IN THE 347TH DISTRICT COURT
### FROM NUECES COUNTY

**YEARY, J., filed a dissenting opinion.**

### DISSENTING OPINION

I dissent for the reasons stated in my dissenting opinion in *Ex parte Fournier*, ___

S.W.3d ___, No. WR-82,101-01, 2015 WL 6518272 (Tex. Crim. App. Oct. 28, 2015).


FILED:      December 16, 2015
DO NOT PUBLISH